

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00632-CV

Andrea **PEREZ**,
Appellant

v.

Santos **SPARKMAN**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0246
Honorable Robin V. Dwyer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that no costs be assessed against appellant Andrea Perez because she is indigent.

SIGNED February 27, 2019.

_____
Beth Watkins, Justice